UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3075 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| JAIME DELGADO, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 3rd day of December, 2008, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On September 11, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 26, United States Code, Sections 5841, 5861(d) and 5871, Title 18, United States Code, Section 924(d) and Title 28, United States Code, 2461(c), 5872, based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Remington Model 870, .12 gauge shotgun, serial number W780143M, and a Browning Model 2000, .20 gauge shotgun, serial number 05616D57, were forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on September 26, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on December 1, 2008 (Filing No. 57).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the Remington Model 870, .12 gauge shotgun, serial number W780143M, and a Browning Model 2000, .20 gauge shotgun, serial number 05616D57, held by any person or entity, is hereby forever barred and foreclosed.

C. The Remington Model 870, .12 gauge shotgun, serial number W780143M, and a Browning Model 2000, .20 gauge shotgun, serial number 05616D57, be, and the same hereby are, forfeited to the United States of America.

D. The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 3rd day of December, 2008

BY THE COURT:

s/ *RICHARD G. KOPF*, JUDGE
United States District Court